Ryan E. Hatch (SBN 235577)
ryan@hatchlaw.com
HATCH LAW, PC
13323 Washington Blvd., Suite 100
Los Angeles, CA 90066
Tel: 310-279-5079
Fax: 310-693-5328

*(additional counsel listed on next page)*

*Attorneys for Plaintiff*
*MICROPAIRING TECHNOLOGIES LLC*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICROPAIRING TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>HYUNDAI MOTOR AMERICA,<br>            Defendant. | Case No. 8:21-cv-00881-JVS (KESx)<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. James V. Selna |
| MICROPAIRING TECHNOLOGIES LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>KIA AMERICA, INC.,<br>            Defendant. | Case No. 8:21-cv-00882-JVS (KESx) |

**JOINT STIPULATION OF DISMISSAL**

Edward R. Nelson III (TX SBN 00797142)
ed@nelbum.com
admitted pro hac vice
Ryan P. Griffin (TX SBN 24053687)
ryan@nelbum.com
admitted pro hac vice
Brian P. Herrmann (TX SBN 24083174)
brian@nelbum.com
admitted pro hac vice
NELSON BUMGARDNER CONROY PC
3131 West Seventh Street
Suite 300
Fort Worth, TX 76107
Telephone: 817.377.9111

Timothy E. Grochocinski (IL SBN 6295055)
tim@nelbum.com
admitted pro hac vice
C. Austin Ginnings (NY Bar No. 4986691)
austin@nelbum.com
admitted pro hac vice
NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Telephone: 708.675.1974

*Attorneys for Plaintiff*
*MICROPAIRING TECHNOLOGIES LLC*

**JOINT STIPULATION OF DISMISSAL**

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties in each of the above-captioned matters hereby state that the parties have finalized their settlement. Accordingly, the parties stipulate that the claims brought by Plaintiff MicroPairing Technologies LLC against Defendants Hyundai Motor America and Kia America, Inc., as well as the counterclaims brought by Defendants Hyundai Motor America and Kia America, Inc. against Plaintiff MicroPairing Technologies LLC, in the above-captioned actions should be dismissed **with prejudice**.

A Proposed Order to this effect is attached.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: August 11, 2022

By: */s/ Edward R Nelson III*
Ryan E. Hatch
Ryan E. Hatch (Bar No. 235577)
ryan@hatchlaw.com
HATCH LAW, PC
13323 Washington Blvd., Suite 302
Los Angeles, California 90066
Telephone: (310) 279-5076
Facsimile: (310) 693-5328

Edward R. Nelson III (pro hac vice)
ed@nelbum.com
Ryan P. Griffin (pro hac vice)
ryan@nelbum.com
Brian P. Herrmann (pro hac vice)
brian@nelbum.com
NELSON BUMGARDNER CONROY PC
3131 West Seventh Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Timothy E. Grochocinski (pro hac vice)
tim@nelbum.com
Charles Austin Ginnings (pro hac vice)
austin@nelbum.com
NELSON BUMGARDNER CONROY PC
15020 S. Ravinia Avenue, Suite 29
Orland Park, Illinois 60462
Telephone: (708) 675-1974

*Attorneys for Plaintiff*
*MicroPairing Technologies LLC*

By: */s/ D. James Pak*
D. James Pak (Bar No. 194331)
djamespak@quinnemanuel.com
Lance L Yang (Bar No. 260705)
lanceyang@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Brett N. Watkins (*pro hac vice*)
brettwatkins@quinnemanuel.com
QUINN EMANUEL URQUHART AND SULLIVAN LLP
711 Louisiana Street, Suite 500
Houston, TX 77002
Telephone:   (713) 221-7000
Facsimile:    (713) 221-7100

*Attorneys for Defendants Hyundai Motor America and Kia America, Inc.*

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filing party hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized this filing.

*/s/ Edward R Nelson III*

**JOINT STIPULATION OF DISMISSAL**