UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICROPAIRING TECHNOLOGIES LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>HYUNDAI MOTOR AMERICA,<br>　　　　　　　　Defendant. | Case No. 8:21-cv-00881-JVS (KESx)<br><br>**ORDER REGARDING JOINT STIPULATION OF DISMISSAL [77]**<br><br>Judge: Hon. James V. Selna |
| MICROPAIRING TECHNOLOGIES LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KIA AMERICA, INC.,<br>　　　　　　　　Defendant. | Case No. 8:21-cv-00882-JVS (KESx) |

**ORDER DISMISSING CASE NOS. 8:21-cv-00881-JVS, 8:21-cv-00882-JVS**

# ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation of the parties, the claims brought by Plaintiff MicroPairing Technologies LLC against Defendants Hyundai Motor America and Kia America, Inc., as well as the counterclaims brought by Defendants Hyundai Motor America and Kia America, Inc. against Plaintiff MicroPairing Technologies LLC, in the above-captioned actions are hereby dismissed **with prejudice**, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: August 12, 2022

_____
JAMES V. SELNA
United States District Judge

**ORDER DISMISSING CASE NOS. 8:21-cv-00881-JVS, 8:21-cv-00882-JVS**